## **INDEX OF EXHIBITS**

| **Exhibit Letter** | **Exhibit Description** |
|---|---|
| A | *Ryan v. Blackwell* |
| B | *Jackson v. Lubelan* |
| C | State Court Complaint |