UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LONNIE OLMETTI,

     Plaintiff,

                                    Case No. 1:20-cv-395

v.

                                    Hon. Hala Y. Jarbou

KENT COUNTY, et al.,

     Defendants.

_____/

## ORDER

In accordance with the opinion entered this date:

**IT IS ORDERED** that the R&R (ECF No. 110) is **ADOPTED IN PART** and **REJECTED IN PART**.  It is rejected insofar as it applies the Eighth Amendment deliberate indifference standard.

**IT IS FURTHER ORDERED** that Plaintiff's objection (ECF No. 111) to the disposition in the R&R is **SUSTAINED IN PART** and **OVERRULED IN PART.**  Plaintiff's objection is sustained insofar as it objects to the R&R's application of the Eighth Amendment deliberate indifference standard, and not the Fourteenth Amendment modified standard.

**IT IS FURTHER ORDERED** that Defendant Joanne Sherwood's partial objection (ECF No. 112) to the R&R is **OVERRULED.**

**IT IS FURTHER ORDERED** that Defendant Joanne Sherwood's motion for summary judgment (ECF No. 74) is **GRANTED** as the Court declines to exercise supplemental jurisdiction over the state law negligence claim.

**IT IS FURTHER ORDERED** that Defendant Joanne Sherwood is **DISMISSED** from this case per 28 U.S.C § 1367.

Dated: September 3, 2022                    /s/ Hala Y. Jarbou
                                             HALA Y. JARBOU
                                             CHIEF UNITED STATES DISTRICT JUDGE