UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

---

| | |
|---|---|
| LONNIE OLMETTI, | Case No. 1:20-cv-00395 |
| Plaintiff, | Honorable Hala Y. Jarbou |
| v. | Magistrate Judge Ray Kent |
| KENT COUNTY, TYLER KING, JUSTIN LINSEA, NURSE PRACTITIONER SHERWOOD, SHANE COLE, ERIC SANTIAGO, JUSTIN MEZSETS, and JOHN/JANE DOES, in their individual and official capacities, | **EXPEDITED CONSIDERATION REQUESTED** |
| Defendants. | |

| | |
|---|---|
| CHRISTOPHER TRAINOR & ASSOCIATES<br>Shawn C. Cabot (P64021)<br>Krystina Rose Doss (P77365)<br>Attorneys for Plaintiff<br>9750 Highland Road<br>White Lake, MI  48386<br>(248) 886-8650<br>shawn.cabot@cjtrainor.com<br>krystina.doss@cjtrainor.com | CHAPMAN LAW GROUP<br>Ronald W. Chapman, Sr. (P37603)<br>Devlin Kyle Scarber (P64532)<br>Attorneys for N. P. Sherwood<br>1441 West Long Lake Rd., Suite 310<br>Troy, MI  48098<br>(248) 644-6326<br>rchapman@chapmanlawgroup.com<br>dscarber@chapmanlawgroup.com<br><br>VARNUM LLP<br>Timothy E. Eagle (P38183)<br>Kyle P. Konwinski (P76257)<br>Chloe N. Cunningham (P83904)<br>Attorneys for Defendants Tyler King and Justin Linsea<br>Bridgewater Place, P.O. Box 352<br>Grand Rapids, MI  49501-0352<br>(616) 336-6000<br>teeagle@varnumlaw.com<br>kpkonwinski@varnumlaw.com<br>cncunningham@varnumlaw.com |

## DEFENDANTS' MOTION FOR STAY PENDING APPEAL

Defendants Tyler King and Justin Linsea through their attorneys, VARNUM LLP, and pursuant to Fed. R. App. P. 8(a)(A), respectfully move the Court for a stay of all proceedings in this case pending the Sixth Circuit Court of Appeals' final resolution of Defendants' interlocutory

appeal of the Order denying the Defendants' motion for summary judgment, ECF No. 143, entered in this action on September 15, 2022.  This Motion is supported by Defendants' Brief in Support, which is incorporated herein by reference.

WHEREFORE, Defendants Tyler King and Justin Linsea respectfully request that the Court grant their Motion for Stay Pending Appeal and enter an order staying all proceedings in the trial court until Defendants' appeal is completed.

    Respectfully submitted,

    VARNUM LLP
    Attorneys for Defendants Tyler King and Justin Linsea

Dated:  September 20, 2022    By:    */s/ Kyle P. Konwinski*
    Timothy E. Eagle (P38183)
    Kyle P. Konwinski (P76257)
    Chloe N. Cunningham (P83904)
    Bridgewater Place, P.O. Box 352
    Grand Rapids, MI 49501-0352
    (616) 336-6000
    teeagle@varnumlaw.com
    kpkonwinski@varnumlaw.com
    cncunningham@varnumlaw.com

19976353.1