UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


LONNIE OLMETTI,

      Plaintiff,

                                      Case No. 1:20-cv-395

v.

                                      Hon. Hala Y. Jarbou

COUNTY OF KENT, et al.,

      Defendants.

_____/

## <u>ORDER</u>

The Court held a motion hearing on the record, regarding Defendant's Motion for Stay Pending Appeal (ECF No. 147), with all parties present, on September 21, 2022.  For the reasons stated on the record,

**IT IS ORDERED** that Defendant's Motion for Stay Pending Appeal (ECF No. 147) is **GRANTED**.  Parties are to notify the Court within seven (7) days of a decision from the Court of Appeals.

**IT IS FURTHER ORDERED** that the final pretrial conference and jury trial are **ADJOURNED WITHOUT DATE.**

**IT IS FURTHER ORDERED** that Defendants' Motion in Limine to Exclude Evidence Or Argument Regarding Any Deputy's Subjective Or Underlying Intent (ECF No. 122), Defendants' Motion in Limine to Exclude All Evidence Pertaining to Allegations of Acts Outside the Scope of Plaintiff's Remaining Excessive Force Claim as Plead in His Complaint (ECF

No. 123), and Plaintiff's Motion in Limine to Preclude Certain Evidence from Trial (ECF No. 125)

are **DENIED without prejudice.**


Dated: September 23, 2022            /s/ Hala Y. Jarbou

                                                  HALA Y. JARBOU
                                                  CHIEF UNITED STATES DISTRICT JUDGE